AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Arturo Navarrete-Juarez<br>2105 Gaylord Place<br>Columbus, OH 43232<br><br>*Defendant(s)* | Case No. 2:23-mj-157 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/12/21 to 12/12/22__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a Minor: use of a minor engaged in sexually explicit conduct for the purpose of producing a visual depiction of such conduct |
| 18 U.S.C. 2252(a) and 2252A(a) | Distribution, Receipt, and Possession of child pornography/visual depictions of minors engaged in sexually explicit activity |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Brett M. Peachey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/09/2023

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, OH

Chelsey Vascura-U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

**United States of America**
   v.

**Arturo Navarrete-Juarez**
**2105 Gaylord Place**
**Columbus, OH 43232**

Case No.: 2:23-mj-157

Magistrate Judge Vascura

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brett M. Peachey, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), Columbus Resident Agency, being first duly sworn, hereby depose and state as follows:

1. I, Task Force Officer (TFO) Brett Peachey (your affiant), make this affidavit in support of a criminal complaint to arrest Arturo Navarrete-Juarez (JUAREZ) for violations of Title 18 United States Code §§ 2251(a), 2252(a), and 2252A – the Sexual Exploitation of a Minor and the Distribution and Possession of Child Pornography. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents, written reports that I have received and your affiant's personal knowledge and findings during the investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that JUAREZ committed the violations listed above.

2. Your affiant has been employed as a police officer for the Westerville Police Department since December of 1995. Since March of 2008, your affiant has been assigned to the Child Exploitation and Human Trafficking Task Force of the Federal Bureau of Investigation, Cincinnati Division, Columbus Resident Agency, conducting online child enticement and child pornography investigations. Your affiant is also a member of the Franklin County Internet Crimes Against Children Task Force in Columbus, Ohio investigating similar crimes. Your affiant has gained experience through a Bachelor of Arts Degree in Criminology and has received specialized training in the area of internet crimes involving child exploitation, child pornography investigations and computer forensics. Your affiant has been involved in hundreds of investigations involving internet crimes against children, resulting in dozens of felony arrests and convictions. As a Task Force Officer with the FBI, your affiant is authorized to investigate violations of the laws of the United States under the authority of the United States.

1

## FACTS SUPPORTING PROBABLE CAUSE

3. On March 2, 2023, an analyst with the Child Exploitation Operational Unit in Washington, D.C. received information regarding seven videos depicting child sex abuse material (CSAM) involving a prepubescent female, approximately nine to ten years of age, and an adult male. The videos were observed on a TOR website and had been uploaded that day by a user utilizing the screen name "pogovka." TOR is a free and open-source software for enabling anonymous communications and protects personal privacy by concealing a user's location and usage from anyone performing network surveillance or traffic analysis. The thread on TOR was titled "Mexican father and his 12 year old daughter – NEW." The seven videos depicted the child performing oral sex on the male as well as the male penetrating the child digitally and with his penis.

4. The FBI analyst was able to search an open-source image repository to locate an individual that was visually similar to the adult male in the videos. This subject was tentatively identified at that time as Arturo Navarrete-Juarez (JUAREZ), residing at 2105 Gaylord Place, Columbus, OH 43232.

5. Additional open-source searches for JUAREZ yielded an Instagram account with the username inked.outsmoke and screen name of Arturo N. The account contains several photos of JUAREZ along with a photo posted on January 24, 2018 depicting an adult female with two prepubescent females and a baby. JUAREZ captioned the photo "Mi razon de ser" which translates to "My reason to be."

6. Another photo in the Instagram account shows a close up of JUAREZ's right hand, with very distinct tattoos with various identifiable symbols and markings. A comparison of the tattoos on one of the subject's hands in the seven videos of CSAM and the tattoos of JUAREZ on his Instagram account was done. Several of the distinct symbols on the hand of the subject depicted in the videos are identical to the ones on JUAREZ's hand.

7. On December 15, 2022, officers with the Columbus Police Department encountered JUAREZ. This interaction was captured on the body camera belonging to one of the officers speaking with JUAREZ. JUAREZ's face is clearly visible in the body camera video and closely resembles the face of the adult male in the CSAM videos.

8. On March 2, 2023, an emergency disclosure was served on Meta Platforms, Inc. requesting account information for Instagram account inked.outsmoke. Meta Platforms responded with subscriber records for the account and a linked Facebook account with the user ID of arturo.navarrete.33234. Below is the response from Meta Platforms.

| | |
|---|---|
| Service: | Instagram |
| Account Identifier: | inked.outsmoke |
| Name First: | Arturo N. |
| Registered E-mail: | sicksmokemind@gmail.com |
| Vanity Name: | inked.outsmoke |

2

|  |  |
|---|---|
| Service: | Facebook |
| Account Identified: | 100024048422975 |
| Name: | Arturo Navarrete |
| Registered Email: | sicksmokemind@gmail.com |

9. An incident report, which was taken by the Columbus Police Department ("CPD") on August 24, 2015, indicated that JUAREZ was involved in a weapons violation on that date involving another male subject. At that time JUAREZ was located sitting in a vehicle with a female identified as Brooke L. Hernandez. JUAREZ advised officers at the time that Hernandez was his girlfriend and currently pregnant.

10. A search for JUAREZ through additional databases revealed that Brooke L. Hernandez is listed as an associate of JUAREZ. Hernandez has a reported current address of 2194 Muirwood Drive, Columbus, OH 43232 and her Ohio driver's license is registered at the same address. A comparison of Hernandez's driver's license photos indicates that she is the same woman with the minor children in the photos described above posted to JUAREZ's Instagram account.

11. 2194 Muirwood Drive is an apartment in the Chatham Village Apartment complex. A search of the Chatham Village website provided floor plans and photos of the various apartment options. A comparison of the photos provided on the website depicting the interior of the available units and the interior location where the seven videos of CSAM were produced appear to be the same layout. In the website photos, an open set of stairs with white spindles and white trim leads from the first to the second floor between the living room and kitchen. A staircase similar in color and design is seen in the same location in the videos. In addition, there is a closet door underneath the staircase between the living room and kitchen which appears in both the website photos and videos. Lastly, the kitchen appears to be the same in both the photos and videos to include the location of the dishwasher, refrigerator and center island.

12. On March 9, 2023, a subpoena was served on Columbus City Schools requesting information regarding any students who are currently residing or have resided at 2194 Muirfield Drive in the last twelve months. Columbus City Schools responded with three juveniles that were associated with that address during the requested time frame. One of these juveniles is a female, hereinafter referred to as Jane Doe, with a date of birth of December 28, 2011. Further information revealed that Jane Doe was listed as residing at 2194 Muirwood Drive, Columbus, OH 43232 from October 12, 2021 to December 12, 2022. The parents for Jane Doe are listed as Brooke Hernandez and JUAREZ.

13. In addition, the minor's face is depicted several times in the various CSAM videos. The information received from Columbus City Schools also provided a current school photograph of Jane Doe. Jane Doe's school photo closely resembles the victim in the videos, both in age and facial features.

3

14. Based upon the above information, your affiant submits that there is probable cause to believe Arturo Navarrete JUAREZ has committed for violations of Title 18 United States Code §§ 2251(a), 2252(a), and 2252A – the Sexual Exploitation of a Minor and the Distribution and Possession of Child Pornography. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

Brett M. Peachey
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this __9th__ day of March, 2023.

United States Magistrate Judge Chelsey M. Vascura
United States District Court
Southern District of Ohio

4